**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL MAYO,                           )      No. C 10-00962 JW (PR)
                                            )
12              Plaintiff,                   )      ORDER GRANTING EXTENSION
                                            )      OF TIME TO FILE PRISONER
13       vs.                                 )      TRUST ACCOUNT STATEMENT
                                            )
14                                          )
    JOHN DOE,                                )
15                                          )
                Defendant.                   )
16                                          )
                                            )
17  _____ )

18          On March 5, 2010, plaintiff filed this <u>pro</u> <u>se</u> civil rights action by filing a

19  letter complaining of prison conditions at the California Men's Colony in San Luis

20  Obispo.  The same day, the clerk of the Court sent a notification to plaintiff that the

21  complaint was insufficient because plaintiff failed to pay the filing fee or submit an

22  <u>In</u> <u>Forma</u> <u>Pauperis</u> Application.  (Docket No. 2.)  On April 21, 2010, plaintiff filed

23  an <u>in</u> <u>forma</u> <u>pauperis</u> application which is deficient because plaintiff failed to attach

24  a copy of his prisoner trust account statement showing transactions for the last six

25  months.  (Docket No. 3.)  In the interest of justice, the Court grants plaintiff an

26  extension of time to file the missing statement **within thirty (30) days** from the date

27  this order is filed.

28  ///

Order Granting Ext. of Time to file Prisoner Account Statement
P:\PRO-SE\SJ.JW\CR.10\Mayo00962_ifp-eot.wpd

**United States District Court**

For the Northern District of California

1      **Failure to respond in accordance with this order in the time provided**

2  **will result in dismissal of this case without prejudice for failure to pay the filing**

3  **fee without further notice to plaintiff.**

4

5  DATED: _____May 10, 2010_____

6  JAMES WARE
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Order Granting Ext. of Time to file Prisoner Account Statement
    P:\PRO-SE\SJ.JW\CR.10\Mayo00962_ifp-eot.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MICHAEL MAYO,

               Plaintiff,

   v.

JOHN DOE,

               Defendant.

_____ /

Case Number: CV10-00962 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/13/2010_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael Mayo G-24650
California Men's Colony
P. O. Box 8101
San Luis Obispo, CA 93409-8101


Dated: _____5/13/2010_____

                              Richard W. Wieking, Clerk
                      /s/ By: Elizabeth Garcia, Deputy Clerk